UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WESLEY HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-2487-G |
| MAXUM INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

This judgment is entered pursuant to F.R. CIV. P. 58 and the memorandum opinion and order of this date.  For the reasons stated in that memorandum opinion and order, it is **ORDERED** that the plaintiff's claims are **DISMISSED** and that costs of court are taxed against the plaintiff.

November 18, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**